

05-MC-05029-ORD



MAR 2 8 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RICHARD ROY SCOTT,

        Plaintiff,

v.

WALTER WEINBERG, et al.,

        Defendants.

No. MS05-5029

ORDER

This matter comes before the Court *sua sponte*. In response to a proposed complaint filed by plaintiff on January 18, 2006 (Dkt. # 23), the Court noted a deficiency in the form of an accompanying declaration and ordered plaintiff to submit a revised declaration, signed and dated, with the language "I declare under penalty of perjury that the foregoing is true and correct" (Dkt. # 25). The revised declaration was due on or before March 15, 2006, and plaintiff was expressly advised that "[f]ailure to submit a revised declaration that remedies the deficiency discussed herein will result in the rejection of plaintiff's January 18, 2006, filing."[1] Dkt. # 25.

---

[1] Plaintiff has mailed at least two documents directly to the undersigned which suggest that he believes the January 18, 2006, proposed complaint had been accepted for filing. See attached Letter (dated March 13, 2006) and Writ of Mandamus (dated March 16, 2006). The Court did not accept the proposed complaint and in fact directed the Clerk of Court to take no further action with regards to this matter unless and until further ordered by the Court.

ORDER

1        On or about February 22, 2006, plaintiff submitted a "Praecipe" regarding the issuance of summons (Dkt. # 26 and 30). Attached thereto is what appears to be plaintiff's attempt to comply with the Court's February 13, 2006, order. Plaintiff states, *in toto*, that "Pursuant to, and in accordance with 28 U.S.C. § 1746, the laws of the United States, and the State of Washington, Affiant Richard Roy Scott declares under penalty of perjury, the foregoing statements are true and correct. in my declaration in Scott v. Weinberg, MS 5029." The declaration is dated March 14, 2002, and signed by plaintiff. Although the signature under penalty of perjury is not appended to the "foregoing statements" and the date is obviously incorrect, the Court will accept the January 18, 2006, proposed complaint for filing. Plaintiff is hereby warned, however, that future failures to submit a single, signed affidavit under penalty of perjury with the initial proposed filing will result in the rejection of the proposed complaint. The Clerk of shall docket this order in MC05-5029 and open a new cause of action containing all documents related to plaintiff's January 18, 2006, complaint (Dkt. # 23-26).

DATED this 24th day of March, 2006.

                            /s/ Robert S. Lasnik
                            Robert S. Lasnik
                            Chief Judge, United States District Court

Judge Lasnik,            3-13-06

In an effort to stop our SCC litigation SCC has again taken my computer. Since I'm pro se in my civil commitment case and all records, ~~aclos~~ including discovery, this stops that case also. (5th search and siesure)

That aside you Ok'd my Scott v Weinberg last month. Well nothing has happen since. Judge Strombom is playing "See how far I can go and not get spanked". So

Childish. My remanded Scott v Seling (a year ago) still is in a forever Judge Strombom stay. I filed another Writ of Mandamus. At what point do you realize she has a bias and that is breaking the law. Our constitutional right to access to the courts that is effective and meaningful?

Now, sir

Cc Jonathan Martin
Seattle Times
1-206-683-2326
Nolan MSNBC
1-201-253-4308

Richard Scott Esq Pro Se
1-253-584-9606

```
              UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF WASHINGTON
                       AT TACOMA
```

RICHARD ROY SCOTT              C_____

                               Writ of MANdamus
          v                    to chief Judge
Walter Weinberg et al          Lasnik

Chief Judge Lasnik OK my going ahead with this case. But the Tacoma district Court is refusing to abide by his order.

We ask the court to mandate and direct again the service of this complaint.

3-16-06

Richard Scott Pro se
Box 88600
Steilacoom Wash
98388

Clerk, Judge Lasnik,

No cause number has been issued. Judge Lasnik used on of his MS cause numbers but the took my computer on I don't have that.

3-16-06

RScot
Richard Scott Pro Se