UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

RICHARD ROY SCOTT,

        Plaintiff,

  v.

WALTER WEINBERG *et al.*,

        Defendants.

Case No. C06-5172FDB

ORDER ON MOTIONS FILED
AFTER SEPTEMBER 14, 2006

      This civil rights action, filed pursuant to 42 U.S.C. § 1983, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). A dispositive Report and Recommendation is pending (Dkt. # 75).

      On September 14, 2006, this action was stayed (Dkt. # 62). At that time a number of motions filed by plaintiff were pending (Dkt. # 62). In the order staying the action the parties were directed to file no further pleadings unless directed to do so by the court (Dkt. # 62). The court ordered defendants to submit briefing regarding several of plaintiff's motions for injunctive relief. That briefing was filed, plaintiff replied, and on October 13, 2006, the court entered a Report and Recommendation to deny injunctive relief, dismiss the action, and declare plaintiff a vexatious litigant (Dkt. # 75).

      Within one week plaintiff filed a motion to stay the action (Dkt. # 79). That motion was filed despite the fact that the case had already been stayed. Thereafter, plaintiff has filed a motion for summary

ORDER
Page - 1

judgment (Dkt # 91) and a second motion to stay the action (Dkt. # 93).

This action remains stayed. If the matter survives the currently pending Report and Recommendation, the court will order briefing on outstanding motions in an orderly sequence. The parties are again directed to file no further motions or briefing. Motions filed while an action is stayed will not be considered.

The clerk is directed to send a copy of this order to plaintiff and counsel for defendants and to remove (Dkt # 79, 91, and 93 from the courts calendar).

DATED this 23 day of February, 2007.

/S/ *J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge