UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
RICHARD ROY SCOTT,                          )
                                            )    No. C06-5172FDB
               Plaintiff,             )
   v.                                       )    ORDER DENYING MOTION FOR
                                            )    RECONSIDERATION
WALTER WEINBERG, *et al.*,                   )
                                            )
               Defendants.            )
_____)

This matter comes before the Court on plaintiff's "Motion for Reconsideration" (Dkt. #96). Plaintiff asks the Court to reconsider its "Order Adopting Report and Recommendation and Order Restricting Future *In Forma Pauperis* Filings" (Dkt. #95). Motions for reconsideration are disfavored in this district and will be granted only upon a "showing of manifest error in the prior ruling" or "new facts or legal authority which could not have been brought to [the Court's] attention earlier with reasonable diligence." Local Civil Rule 7(h)(1). Plaintiff has failed to identify any manifest error in the Court's prior ruling or to produce new facts or legal authority that would change the Court's original analysis. Accordingly, plaintiff's motion for reconsideration (Dkt. #96) is denied.

DATED this 23rd day of July, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION
FOR RECONSIDERATION